192 P.2d 948]

[L. A. No. 19942.   In Bank.   May 18, 1948.]

THE PEOPLE, Respondent, v. THE FEDERAL LAND BANK OF BERKELEY (a Corporation) et al., Appellants.

A. L. Wirin for Appellants.

Fred N. Howser, Attorney General, Jack W. Hardy, Deputy Attorney General, and James Don Keller, District Attorney, for Respondent.

THE COURT.—This action was brought to declare an escheat of real property held by aliens ineligible for American citizenship.   Subsequent to the noticing of the appeal, the Supreme Court of the United States decided the case of *Oyama* v. *State of California,* 332 U.S. 633 [68 S.Ct. 269, 92 L.Ed. ——], and the parties hereto, conceding that the Oyama decision is controlling of the issues presented here, have filed a stipulation for reversal of the judgment.

Judgment is therefore reversed, each side to bear its own costs on appeal, and remittitur to issue forthwith.